IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMISON MICHAEL STILES,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 17-cv-471-jdp

LOUIS WILLIAMS II,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Louis Williams, II, denying petitioner Jamison Michael Stiles's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

/s/　　　　　　　　　　　　　　　　　　10/31/2017

Peter Oppeneer, Clerk of Court　　　　　　Date